UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>JOSE LEONEL GUICHO-ACOSTA,<br><br>            Defendant. | CASE NO. 2:22-cr-00009-LK-1<br><br>ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL |

Before the Court for resolution is the Motion for Order Allowing Substitution of Counsel filed by George Paul Trejo, Jr. of the Trejo Law Firm, Inc. Dkt. No. 13. The Court, having considered the submissions and the record in the instant action, finds that there is good cause to grant the Motion because Defendant Jose Leonel Guicho-Acosta has retained Mr. Trejo to provide legal representation in this case. Dkt. No. 13 at 2.

The Court hereby ORDERS that Defendant's Motion is GRANTED. George Paul Trejo, Jr. is substituted as the attorney of record for Defendant.

ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL - 1

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 2nd day of February, 2022.

*Lauren King*

Lauren King
United States District Judge